UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                              Plaintiffs,

   -against-                                    Docket No.: 1:22-cv-03728
                                                              (LDH)(SJB)

ERIC KENWORTHY, M.D., ERIC KENWORTHY MD (A
Sole Proprietorship), ERIC KENWORTHY (A Sole
Proprietorship), YANA MIRONOVICH, NEW YORK
BILLING & PROCESSING CORP. and JOHN DOE
DEFENDANTS "1" through "10",

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## CERTIFICATE OF DEFAULT REGARDING
## NEW YORK BILLING AND PROCESSING CORPORATION

        I, DOUGLAS C. PALMER, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the Defendant, New York Billing & Processing Corp., has not filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendant, New York Billing & Processing Corp., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:       Brooklyn, New York
                July    , 2022

                                                           DOUGLAS C. PALMER
                                                           Clerk of the Court

                                            By:_____
                                                        Deputy Clerk