

**MICHAEL VANUNU**
Partner
(516) 357-3337
michael.vanunu@rivkin.com

WWW.RIVKINRADLER.COM

September 9, 2022

**VIA ECF**
Honorable Judge Sanket J. Bulsara
United States Magistrate-Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  **Re:** **Gov't Emples. Ins. Co., et al. v. Kenworthy et al.**
     **Docket No. 1:22-cv-03728-LDH-SJB**

Dear Magistrate Judge Bulsara:

As the Court is aware, this firm represents Plaintiffs ("Plaintiffs" or "GEICO") in the above referenced matter. This correspondence to advise the Court that there is a settlement in principle between Plaintiffs and Defendants Eric Kenworthy, M.D. Eric Kenworthy MD (A Sole Proprietorship), and Eric Kenworthy (A Sole Proprietorship), which may resolve all the claims in this action, and will also resolve the pending motion to quash (D.E. 22, 23).

The Parties expect that they will be able to finalize and execute a written agreement, containing all of the material and necessary for settlement, and file a stipulation of discontinuance within the next 30 days.

We thank the Court for its attention to this matter.

                Very truly yours,

                RIVKIN RADLER LLP

                /s/ *Michael Vanunu*

                Michael Vanunu

CC:  All counsel of record (via ECF)