```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,                    Docket No.:
GEICO GENERAL INSURANCE COMPANY and                  1:22-cv-03728-LDH-SJB
GEICO CASUALTY COMPANY,

                                    Plaintiffs,

        -against-

ERIC KENWORTHY, M.D. et al.,

                                    Defendants.
------------------------------------------------------------------X
```

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively "Plaintiffs") and Defendants, Eric Kenworthy, M.D., Eric Kenworthy M.D. (A Sole Proprietorship), Eric Kenworthy (A Sole Proprietorship) and Yana Mironovich (collectively, the "Defendants") that all claims by Plaintiffs against the Defendants are dismissed without prejudice pursuant to Fed. R. Civ. Proc. 41(a). Plaintiffs and the Defendants shall bear their own costs and attorneys' fees in connection with the prosecution and/or defense of this action.

Dated: September 28, 2022

RIVKIN RADLER LLP

By: _____
       Barry I. Levy, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*

SCHWARTZ, CONROY, & HACK, P.C.

By: _____
       Matthew Conroy, Esq.
666 Old Country Road
Ninth Floor
Garden City, NY 11530

*Counsel for Defendants, Eric Kenworthy, M.D., Eric Kenworthy M.D. (A Sole Proprietorship) and Eric Kenworthy (A Sole Proprietorship)*

JAMES R. FROCCARO

By: _____
       James R. Froccaro, Esq.
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050

*Counsel for Defendant, Yana Mironovich*